UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

HQNC PARENT INC. FKA KETTLEBELL KITCHEN INC.,

Case No. 19-13674-SMB
(Chapter 7)

Debtor.

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

TD Auto Finance LLC, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED: March 23, 2020
Latham, New York

_
/s/ Martin A Mooney
Martin A. Mooney, Esq. (MM 8333)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
Attorneys for TD Auto Finance LLC
Office and P.O. Address
950 New Loudon Road
Suite 109
Latham, New York 12110
Phone: (518) 786-9069
E-Mail: MMooney@schillerknapp.com

TO: Court Clerk
Southern District of New York
One Bowling Green
New York, New York 10004

Sanford Philip Rosen, Esq.
747 Third Avenue
New York, New York 10007

Salvatore LaMonica, Esq. (Trustee)
3305 Jerusalem Ave.
Wantagh, New York 11793

United States Trustee
(Southern District of New York) (US Trustee)
201 Varick Street, Room 1006
New York, New York 10014

20-00632