UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

HQNC PARENT INC. FKA
KETTLEBELL KITCHEN INC.,

Case No. 19-13674-SMB
(Chapter 7)

Debtor.

---

## CERTIFICATE OF SERVICE

      I, Samantha E. Batcher, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on March 23, 2020 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Salvatore LaMonica, Esq.
3305 Jerusalem Ave.
Wantagh, New York  11793
sl@lhmlawfirm.com

United States Trustee
(Southern District of New York)
201 Varick Street, Room 1006
New York, New York  10014

Sanford Philip Rosen, Esq.
747 Third Avenue
New York, New York 10007
srosen@rosenpc.com

/s/ Samantha E Batcher
Samantha E. Batcher

20-00632